**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEFFREY SCOTT,**

        **Plaintiff,**

**-vs-**         **Case No.  6:05-cv-683-Orl-18UAM**

**K.W. MAX INVESTMENTS, INC.,**
**WILLIAM DAVIDSON,**
**MICHAELINE DAVIDSON,**

        **Defendants.**

_____

**OTIS A. JONES,**

        **Plaintiff,**

**-vs-**         **Case No.  6:05-cv-765-Orl-18KRS**

**K.W. INVESTMENTS, INC.,**
**WILLLIAM DAVIDSON,**
**MICHAELINE DAVIDSON,**

        **Defendants.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Defendants' Motion for Assessment of Reasonable Expenses (doc 59, 6:05-cv-683-Orl-18UAM) and Defendants' Motion for assessment of Reasonable Expenses (doc. 57, 6:05-cv-765-18-KRS).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation (Doc. 74) of the magistrate judge is hereby **APPROVED**. Defendants' motions in both cases are **GRANTED**, and that Plaintiffs are ordered to pay a total of $4,736.00 in sanctions ($2,334.75 in *Scott* and $2,401.25 in *Jones*) within twenty days after entry of a mandate by the Eleventh Circuit Court of Appeals in *Scott* and within twenty days after this order, unless a renewed notice of appeal is filed in *Jones*.

**DONE** and **ORDERED** in Orlando, Florida on this 1st day of October, 2007.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record