## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

JEFFREY SCOTT,

                    **Plaintiff,**

-vs-                                     **Case No. 6:05-cv-683-Orl-18UAM**

K.W. MAX INVESTMENTS, INC.,
WILLIAM DAVIDSON,
MICHAELINE DAVIDSON,

                         **Defendants.**

_____

OTIS A. JONES,

                    **Plaintiff,**

-vs-                                     **Case No. 6:05-cv-765-Orl-18KRS**

K.W. INVESTMENTS, INC.,
WILLLIAM DAVIDSON,
MICHAELINE DAVIDSON,

                         **Defendants.**

_____

## ORDER

      The cases were referred to the United States Magistrate Judge for report and recommendation on Defendants' Motion for Attorney's Fees (doc 65, 6:05-cv-683-Orl-18UAM) and Defendants' Motion for Attorney's Fees (doc. 63, 6:05-cv-765-18-KRS). The Court having reviewed the report and recommendations of the magistrate judge and objections filed by the defendants, it is hereby

**ORDERED** that the report and recommendations (Docs. 75, 78) of the magistrate judge are hereby **APPROVED**. Defendants' Motions for Attorney's Fees in both cases are **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on this 4th day of October, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record